Acme Excavating Company, an Illinois Corporation, Plaintiff-Appellant, v. State Bank of Breese, a Corporation, Defendant-Appellee, and John A. Ketzner, Defendant.

Gen. No. 65–92.

Fifth District.

April 26, 1966.

Rehearing denied April 17, 1966.

McGrady and Madden, of Gillespie (D. A. McGrady, of counsel), for appellant; James H. Donnewald, of Breese, and John P. Wham, Wham & Wham, of Centralia, for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.